UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSHUA LEVI YOUNG,

    Defendant.

_____/

No.   2:25-mj-83

COMPLAINT
**PENALTY SHEET**

**Charge 1 – Threat to Kill and Injure the President and Vice President – 18 U.S.C. § 871**

**Penalty:** Not more than 5 years in prison and a $250,000 fine [18:3571]

**Supervised Release:** Not more than 3 years [18:3583] (Class D Felony, 18:3559)

**Special Assessment:** $100 [18:3013]

**Charge 2 – Interstate Threatening Communication – 18 U.S.C. § 875(c)**

**Penalty:** Not more than 5 years in prison and a $250,000 fine [18:3571]

**Supervised Release:** Not more than 3 years [18:3583] (Class D Felony, 18:3559)

**Special Assessment:** $100 [18:3013]

Date: October 22, 2025

                                          /s/ Theodore J. Greeley
                                          Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046